# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARK V. TRANQUILLI, : No. 83 EM 2020
:
Petitioner :
:
:
:
v. :
:
:
:
JUDICIAL CONDUCT BOARD OF :
PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of November, 2020, The "Petition for Expedited Allowance of Subpoena Pursuant to Pa.R.J.A. 1701" is DENIED.

To the extent the petition seeks permission to subpoena the Honorable Edward J. Borkowski to appear as a fact witness at Petitioner's trial before the Court of Judicial Discipline, it is noted that Rule of Judicial Administration 1701 does not require an individual to seek this Court's permission to subpoena a judge to appear as a fact witness. *See* Pa.R.J.A. 1701(B) ("No subpoena to compel a judge or magisterial district judge to testify as a character witness shall be issued or enforced unless the issuance of the subpoena shall have been specially allowed by the Supreme Court pursuant to this rule.").